**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MINNESOTA**

**United States of America,**

**Plaintiff,**

**v.** **Civil No. 01-1121 RHK / SRN**

**Mayo Foundation for Medical Education and Research; and Mayo Foundation,**

**Defendants.**

---

## STIPULATION AND WAIVER OF CONTENTIONS

---

Plaintiff and defendants, by and through counsel, hereby stipulate and agree that the United States has withdrawn the closing agreement contentions made in paragraph 14 of the Complaint for Recovery of Erroneous Refund, and in paragraph 27 of Plaintiff's Reply to Counterclaims; that the United States will not offer or assert the December 1983 closing agreement either as support for the plaintiff's erroneous refund claim and complaint, or in defense to the defendants' counterclaims; and that the United States will not contend that the defendants' claims for refund are barred by the December 1983 closing agreement; it being further understood and agreed that the plaintiff's complete and unconditional waiver and withdrawal of the foregoing closing agreement-related contentions is otherwise without prejudice to the plaintiff's principal erroneous refund claim and without prejudice to the plaintiff's other defenses to the defendants' refund claims and counterclaims.

FILED FEB 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Plaintiff need not refile its Complaint or Reply, and defendant need not refile its Answer and Counterclaim. The pleadings will be considered amended to reflect this Stipulation.

**SO STIPULATED AND AGREED:**

**FOR THE DEFENDANTS:**

By: _Thomas W. Tinkham_ Dated: February 12, 2002

Thomas W. Tinkham (#110176)
John W. Windhorst (#117924)
Dorsey & Whitney
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600

**FOR THE PLAINTIFF:**

_Gerald B. Leedom_ Dated: February 6, 2002

Gerald B. Leedom (D.C. Bar # 912675)
Trial Attorney, Justice Dept. (Tax)
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
(202) 514-6544

**IT IS SO ORDERED** this 14th day of February, 2002.

_Susan Richard Nelson_

**Susan Richard Nelson**
**United States Magistrate Judge**