**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**United States of America,**

**Plaintiff,**

**v.**

**Mayo Foundation for Medical Education and Research; and Mayo Foundation,**

**Defendants.**

**Civil No. 01-1121 (RHK/SRN)**

**ORDER**

---

Before the Court is Plaintiff United States' protective Motion for Enlargement of Time to File Discovery-Related Motion ("Motion to Enlarge Time"). There appearing good cause shown,

**IT IS HEREBY ORDERED** that the Motion to Enlarge Time should be, and hereby is, **GRANTED**, and it is

**FURTHER ORDERED** that plaintiff United States of America shall have through and including June 10, 2002 within which to file, if necessary, any discovery motion concerning plaintiff's fourth set of interrogatories and fourth set of requests for production of documents.

Dated: May 17, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

MAY 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK