UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

**United States of America,**

**Plaintiff,**

v. **Civil No. 01-1121 RHK / SRN**

**Mayo Foundation for Medical Education and Research; and Mayo Foundation,**

**Defendants.**

---

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE**

---

Before the Court is Plaintiff United States' Motion for Leave to Supplement the Record on the Plaintiff's Motion for Enlargement of Time to File Discovery-Related Motion ("Motion for Leave"). There appearing good cause shown,

**IT IS HEREBY ORDERED** that the Motion for Leave is **GRANTED**.

**SO ORDERED** this 17th day of May, 2002.

Susan Richard Nelson
**SUSAN RICHARD NELSON**
**United States Magistrate Judge**

MAY 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK