UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

Civil No. 01-1121 (RHK/SRN)

vs.

**ORDER**

Mayo Foundation for Medical Education and Research, Mayo Foundation,

Defendants.

---

The June 5 Order (Doc. No. 23) is **VACATED**; this matter remains on the October 2002 trial calendar.

Dated: June 19, 2002

RICHARD H. KYLE
United States District Judge

JUN 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK