**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA

Plaintiff,

vs. CV 01-1121 RHK/SRN

MAYO FOUNDATION FOR MEDICAL
EDUCATION AND RESEARCH
MAYO FOUNDATION
ET AL

Defendants.

**NOTICE OF STATUS CONFERENCE**

A STATUS CONFERENCE is scheduled for September 4, 2002, at 8:30 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

July 31, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed JUL 31 2002
Richard D. Sletten, Clerk

By: ____________________