**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA**

**United States of America,**

**Plaintiff,**

**v.** **Civil No. 01-1121 RHK / SRN**

**Mayo Foundation for Medical Education and Research; and Mayo Foundation,**

**Defendants.**

---

## ORDER STAYING PROCEEDINGS PENDING SETTLEMENT

---

It appearing that counsel for the parties have made, and are continuing to make, substantial progress toward a possible settlement of this case, there otherwise appearing good cause shown, it is hereby

**ORDERED** that all proceedings in this matter are **STAYED** pending further order of the Court, and it is

**FURTHER ORDERED** that Government counsel shall file and serve a status report concerning settlement no later than 40 days after entry of this Order, and every 40 days thereafter until the case is dismissed or otherwise subject of an Order amending this Order, and it is

**FURTHER ORDERED** that the case is **REMOVED** from the October 1, 2002 trial calendar of the undersigned, and it is

**FURTHER ORDERED** that the following notices and orders are **VACATED**:

SEP
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

1. the Notice of Status Conference filed July 31, 2002, by which a status conference with the undersigned was set for September 4, 2002 at 8:30 a.m.,

2. the Order Re: Schedule for Submission of Trial Materials, filed July 31, 2002, to the extent that it applies to this case,

3. the Notice of Final Pretrial Conference entered May 21, 2002, by which the matter was set for final settlement conference with the magistrate judge on September 4, 2002.

**SO ORDERED** this 3d day of Sept. 2002.

BY THE COURT:

**RICHARD H. KYLE**
**United States District Judge**