**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

Civ. No. 01-1121 (RHK/SRN)
**ORDER**

v.

Mayo Foundation for Medical Education and Research, and Mayo Foundation,

Defendants.

---

On September 3, 2002, the Court stayed all proceedings in the above-captioned matter pending the finalization of a settlement. When the parties failed to finalize a settlement after four months, the Court issued an Order on January 9, 2003, stating that "[u]nless the Court is advised in writing on or before February 28, 2003, that the above matter has been fully settled, and the necessary authorization approvals of said settlement have been obtained," the Court would enter an order on March 3, 2003 that, *inter alia*, would vacate the September 3, 2002 stay and place the matter on the Court's May 1, 2003, trial calendar.

Before the Court is the Plaintiff United States' Fifth Status Report re: Settlement, filed February 28, 2003, and the March 3, 2003 letter from counsel for Defendants regarding the same. Plaintiff's status report proposes that the Court defer – until at least March 7, 2003 – the entry of an order vacating the stay and setting the matter down for trial. The Defendants have indicated that they do not object to a deferral until March 7,

FILED MAR 0 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

but reserve their right to oppose any deferral beyond that date.

Accordingly, based on the foregoing, and all of the files, records, and proceedings herein, **IT IS ORDERED** that

(1) Plaintiff shall advise the Court in writing, by facsimile, on or before Friday, March 7, 2003, on the status of the settlement in the above matter; and

(2) the Court will defer until Monday, March 10, 2003, entering an Order vacating the September 3, 2002 stay and placing this matter on the May 1, 2003, trial calendar.

March 3, 2003

RICHARD H. KYLE
United States District Judge