UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

Civil No. 01-1121 (RHK/SRN)

vs.

**ORDER**

Mayo Foundation for Medical Education and Research, Mayo Foundation,

Defendants.

---

1. This Court's September 3, 2002 Order staying all proceedings in this matter is **VACATED**;

2. The case is deemed ready for trial as of May 1, 2003;

3. The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By April 1, 2003:

(a) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(b) Designation and copies of proposed deposition testimony;

(c) Motions in Limine with supporting briefs; and

(d) Trial Brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

FILED MAR 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

By April 8, 2003:

(a) Responsive briefs to Motions in Limine;

(b) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(c) Replies to Trial Briefs.

By April 15, 2003: Responses to the Written Objections.

Dated: March 10, 2003

RICHARD H. KYLE
United States District Judge