**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

vs. CV 01-1121 RHK/SRN

MAYO FOUNDATION FOR MEDICAL EDUCATION
AND RESEARCH; and MAYO FOUNDATION,

Defendants.

**NOTICE OF COURT TRIAL**

A COURT TRIAL is scheduled for Monday, May 19, 2003, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

March 21, 2003

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed MAR 21 2003
Richard D. Sletten, Clerk

By:____________________