**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

vs. CV 01-1121(RHK/SRN)

MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH, MAYO FOUNDATION,

Defendants.

**NOTICE OF COURT TRIAL**

The Court Trial is re-scheduled for Tuesday May 20, 2003, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul. PLEASE NOTE THE DATE CHANGE. All trial materials are still due in accordance with the court's order dated March 10, 2003.

March 26, 2003

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed MAR 26 2003
Richard D. Sletten, Clerk

By:______________________