**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

Civ. No. 01-1121 (RHK/SRN)
**ORDER**

v.

Mayo Foundation for Medical Education
and Research; and Mayo Foundation,

Defendants.

---

Before the Court is the Plaintiff United States' Motion for Leave to File a Sur-Reply Trial Brief. Based on the United States' supporting memorandum and all of the files, records, and proceedings herein, **IT IS ORDERED** that Plaintiff's Motion for Leave (Doc. No. 55) is **GRANTED**. The original of the Plaintiff's Sur-Reply, received in chambers, will be filed with the Clerk of Court.

**IT IS FURTHER ORDERED** that Defendants Mayo Foundation for Medical Education and Mayo Foundation are granted leave to file a five-page sur-response to the matters addressed in the United States' Sur-reply. Defendants shall file and serve any such sur-response no later than Monday, April 28, 2003.

Dated: April 17, 2003

RICHARD H. KYLE
United States District Judge

FILED APR 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK