**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

Civ. No. 01-1121 (RHK/SRN)
**ORDER**

v.

Mayo Foundation for Education and Research, and Mayo Foundation,

Defendants.

---

Before the Court are two motions in limine brought by the Plaintiff United States of America and one motion in limine brought by the Defendants Mayo Foundation for Education and Research ("MFER") and Mayo Foundation ("Mayo"). By its first motion, the United States seeks to exclude all testimony, documents, or other evidence concerning the Internal Revenue Service's treatment, examination, audit or other disposition of any non-party taxpayer. By its second motion, the United States seeks to exclude testimony from three Mayo physicians regarding the education, training, residency or fellowship programs at the University of Minnesota. For their part, the Defendants seek to exclude all evidence regarding residency programs across the country generally or at institutions unrelated to the Mayo defendants, except for evidence pertinent to the facts in the case of Minnesota v. Apfel, 151 F.3d 742 (8th Cir. 1998).

A bench trial in this matter will begin on May 20, 2003. The Court has reviewed the parties' submissions and considered the arguments presented in connection with the

MAY 1 3 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

above-described motions. "In bench trials, judges routinely hear inadmissible evidence that they are presumed to ignore when making decisions." Harris v. Rivera, 454 U.S. 339, 346 (1981). From the foregoing, and all of the files, records, and proceedings herein, **IT IS ORDERED** that the motions in limine (Doc. Nos. 27, 49, and 62) are **DENIED** without prejudice to the parties' right to preserve their objections at trial and move for the exclusion of such evidence in post-trial submissions.

Dated: May 13, 2003

RICHARD H. KYLE
United States District Judge