**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

Civ. No. 01-1121 (RHK/SRN)
**ORDER**

v.

Mayo Foundation for Medical Education
and Research, and Mayo Foundation,

Defendants.

---

This matter was tried before the undersigned from May 20, 2003, to May 22, 2003. At the close of all of the evidence, the Court set a briefing schedule for post-trial submissions. That schedule used, as its reference point, the date on which the trial transcript would be completed and delivered to counsel.

The Court has been advised that the trial transcript has been completed and is being delivered to counsel today. Accordingly, **IT IS ORDERED** that

(1) the parties shall serve and ***file in Saint Paul*** post-trial Amended Proposed Findings of Fact and Conclusions of Law, together with any post-trial briefing that the parties deem necessary, no later than 4:00 p.m. on Wednesday, June 25, 2003; and

(2) the parties shall serve and ***file in Saint Paul*** any responses to the foregoing submissions no later than 4:00 p.m. on Wednesday, July 9, 2003.

Dated: June 5, 2003

RICHARD H. KYLE
United States District Judge

JUN 0 5 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK