UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

vs.

Mayo Foundation for Medical Education and Research, Mayo Foundation,

Defendants.

Civil No. 01-1121 (RHK/SRN)

**ORDER**

---

Plaintiff's Motion for Leave to File a Reply, dated July 18, 2003, is **DENIED**.

Dated: July 21, 2003

RICHARD H. KYLE
United States District Judge

FILED JUL 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______