AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America

V.

Mayo Foundation for Medical Education and Research and Mayo Foundation

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-1121 RHK/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the United States shall have and receive nothing on its claim for return of the refund paid to defendants in connection with FICA taxes collected for stipends paid to residents of the Mayo Graduate School in the calendar year 1995, except that Plaintiff shall recover the amount of the 1995 tax computational adjustment ($13,793.56) conceded by Defendants in Exhibit 317A; Defendants shall recover additional interest on the 1995 refunded taxes in the amount of $1,113,512.01, plus interest thereon from 7/2/99 through the date of payment as computed in the manner provided by 26 USC 6611. Pursuant to the stipulation of the parties, Defendants shall recover from the United States the sum of $3, 436,850.81, plus interest through the date of payment to be computed provided by 26 USC 6611. Pursuant to the stipulation the interest rate provided for by 26 USC 6621 for overpayments of tax by a non-corporate taxpayer applies to $1,421,890.01 of the 1994 tax refund, and the interest rate provided in that same section for overpayments of tax by a corporate taxpayer applies to $2,014, 960.80 of the 1994 tax refund. With respect to FICA taxes paid on stipends awarded in calendar year 1996, Defendants shall recover from the US the sum of $4,564,259.41 plus interest thereon through the date of payment to be computed in the manner provided in 26 USC 6611. Pursuant to the stipulation, the interest rate provided by 26 USC 6621 for overpayments of tax by a non-corporate taxpayer applies to $1,850,182.81 of the 1996 tax refund and the interest rate provided in that same section for overpayments of tax by a corporate taxpayer tax refund and the interest rate provided in that same section for overpayments of tax by a corporate taxpayer applies to $2,714,076.60 of the 1996 tax refund.

August 4, 2003
Date

RICHARD D. SLETTEN, CLERK

G Schneider
(By) Gloria Schneider, Deputy Clerk