UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

Plaintiff,

Civil No. 01-1121 (RHK/SRN)

vs.

**ORDER**

Mayo Foundation for Medical Education and Research, Mayo Foundation,

Defendants.

---

Defendants' Rule 52(b) Motion for Amended Findings (Doc. No. 90) is **GRANTED**; the August 4, 2003 Memorandum Opinion and Order is amended as follows:

At page 5, "The vast majority of the full-time physicians on the staff of the Mayo Clinics are also faculty of one or more of the Foundation's schools. (See Trial Tr. at 139, 152-53, 213; Pl.'s Ex. 18 at 39.) (Delete) "~~All staff physicians (and, therefore, all faculty) are employed and paid by the Foundation. (Pl.'s Ex. 18 at 22.)~~" . . . (Insert) "All physicians supervising residents are faculty appointed by the Foundation who receive their academic direction and control from the Foundation. (See Pl.'s Ex. 18 at 39, Defendants' Exs. 202 (EA 2.01), 208, 245 (102924))."

At pages 29 and 30, "Staff physicians, (delete) ~~employed by~~" (insert) "as faculty of" the Foundation, supervised and taught the residents at all three sites throughout their

AUG 1 8 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

training, and the patients in whose care Mayo residents participated were patients of the supervising staff physicians.[29] (See Pl.'s Ex. 15; Trial Tr. at 299.)."

Dated: August 18, 2003

RICHARD H. KYLE
United States District Judge