IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v. Civil Action No. 01-CV-1121 RHK / SRN

Mayo Foundation for Medical Education and Research; and Mayo Foundation,

Defendants.

**AMENDED FINAL JUDGMENT** [1]

This action came on for trial before the Court, Honorable Richard H. Kyle, District Judge, presiding, and the issues having been duly tried and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the plaintiff, United States of America, recover of the defendants, Mayo Foundation for Medical Education and Research, and Mayo Foundation, jointly and severally, the following sums of employment taxes, plus interest thereon from July 2, 1999, at the underpayment rate prescribed under Section 6621(a)(2):

| Tax Quarter | Underpayment / Erroneous Refund |
|---|---|
| 1st Qtr 1995 | $3,448.39 |
| 2nd Qtr 1995 | $3,448.39 |
| 3rd Qtr 1995 | $3,448.39 |
| 4th Qtr 1995 | $3,448.39 |

[1] This Amended Final Judgment supersedes the Judgment in a Civil Case filed August 4, 2003.

AUG 1 8 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 1 8 2003
DEPUTY CLERK

(94)

**AND IT IS FURTHER ORDERED AND ADJUDGED** that the defendant, Mayo Foundation for Medical Education and Research, recover of the plaintiff, United States of America, the following overpayments of tax for the indicated taxable quarters, plus interest at the indicated overpayment rate on the portions indicated:

**1994**

| Quarter | Overpayment | Portion subject to Sec. 6621(a)(1) corporate rate | Portion subject to Sec. 6621(a)(1) non-corporate rate |
|---|---|---|---|
| 1st Qtr | $859,212.70 | $503,740.20 | $355,472.50 |
| 2nd Qtr | $859,212.70 | $503,740.20 | $355,472.50 |
| 3rd Qtr | $859,212.70 | $503,740.20 | $355,472.50 |
| 4th Qtr | $859,212.71 | $503,740.20 | $355,472.51 |

**1996**

| Quarter | Overpayment | Portion subject to Sec. 6621(a)(1) corporate rate | Portion subject to Sec. 6621(a)(1) non-corporate rate |
|---|---|---|---|
| 1st Qtr | $1,141,064.85 | $678,519.15 | $462,545.70 |
| 2nd Qtr | $1,141,064.85 | $678,519.15 | $462,545.70 |
| 3rd Qtr | $1,141,064.85 | $678,519.15 | $462,545.70 |
| 4th Qtr | $1,141,064.86 | $678,519.15 | $462,545.71 |

**AND IT IS FURTHER ORDERED AND ADJUDGED** that the defendant, Mayo Foundation for Medical Education and Research, recover of the plaintiff, United States of America, the

following sums of overpayment interest on the July 2, 1999 refunds for 1995 employment taxes, plus interest from July 2, 1999 at the indicated overpayment rate on the portions indicated:

**1995**

| Quarter | Overpayment | Portion subject to Sec. 6621(a)(1) corporate rate | Portion subject to Sec. 6621(a)(1) non-corporate rate |
|---|---|---|---|
| 1st Qtr | $314,409.80 | $165,096.59 | $149,313.21 |
| 2nd Qtr | $287,824.94 | $151,136.88 | $136,688.06 |
| 3rd Qtr | $264,364.75 | $138,817.93 | $125,546.82 |
| 4th Qtr | $246,912.52 | $129,653.76 | $117,258.76 |

Dated at ~~St. Paul~~ MINNEAPOLIS, Minnesota, the 18th day of August, 2003.

RICHARD D. SLETTEN, Clerk of Court

By: E. Schneider
Deputy Clerk

**AMENDED FINAL JUDGMENT**

**APPROVED AS TO FORM ONLY:**[2]

**FOR THE DEFENDANTS:**

By: ______________________ Dated: August 18, 2003

Thomas W. Tinkham (#110176)
John W. Windhorst (#117924)
Dorsey & Whitney
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
(612) 340-2600

**FOR THE PLAINTIFF:**

______________________ Dated: August 15, 2003

Gerald B. Leedom (D.C. Bar # 912675)
Trial Attorney, Justice Dept. (Tax)
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
(202) 514-6544

The Amended Final Judgment is **APPROVED AS TO FORM**.

8/18/03 ______________________
RICHARD H. KYLE
United States District Judge

[2] The parties' approval is limited to the acknowledgment by each that the above sums and dates conform to the findings and conclusions set forth in the Court's August 4, 2003 Memorandum and Order, and accurately reflect the computations resulting from those findings and conclusions. Except only to that extent, each party preserves any and all grounds for objection to or appeal from the August 4, 2003 Memorandum and Order, as entered or as amended, the Court's findings and conclusions, and this Judgment.