ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**United States of America,**

**Plaintiff,**

**v.** **Civil No. 01-CV-1121 RHK / SRN**

**Mayo Foundation for Medical Education and Research; and Mayo Foundation,**

**Defendants.**

---

**NOTICE OF APPEAL** [1]

---

**NOTICE IS GIVEN** that the United States of America, plaintiff, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Amended Final Judgment entered on August 18, 2003, and from the August 4, 2003 Memorandum Opinion and Order, as amended on August 18, 2003, pursuant to the defendants' Rule 52(b) Motion for Amended Findings.

Respectfully submitted,

Thomas B. Heffelfinger
United States Attorney

Gerald B. Leedom, D.C. Bar No. 912675
Attorney, Tax Division, U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6544
Fax:: (202) 514-6770

A true copy in 2 sheet(s) of the record in my custody,
CERTIFIED, 10/23 2003
Richard D. Sletten, Clerk
BY: Deputy Clerk

1 The case was tried to the Court, sitting without a jury. The transcript of the three trial days was filed on October 1, 2003, as appears in docket entry numbers 95, 96, and 97.

FILED OCT 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing **NOTICE OF APPEAL** has been made today, **October 15, 2003** by mailing a true and correct copy of the same to the defendants' attorneys, by first-class mail, postage prepaid, addressed as follows:

**Thomas Tinkham, Esq. / John W. Windhorst, Esq.**
Dorsey & Whitney LLP
Ste. 1500, 50 South Sixth Street
Minneapolis, MN 55402

together with a copy of completed Form A and a blank Appellee's Form B.

In addition, as a courtesy, a copy of the foregoing Notice of Appeal has been faxed to the defendants' attorneys at their office address.

Gerald B. Leedom
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6544

Richard D. Sletten, Clerk

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** October 22, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** , Deputy Clerk

**In Re:** District Court Case No.: 01-CV-1121 RHK/AJB
Eighth Circuit Case No.:
Case Title: USA VS Mayo Foundation for Medical Education et al

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

☒ Notice of Appeal
☒ Order/Judgement appealed from
☒ Docket Entries
☐ Other:
- ☐ The statutory filing fee has been paid, receipt # .
- ☒ The statutory filing fee has been waived:
  - ☐ USA filed appeal
  - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:
☐ Original File(s), consisting of file(s).
☐ Two certified copies, and one uncertified copy of updated docket sheet from .
☐ Designated Clerk's Record # .
☐ Other:
☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________

Date Returned to USDC: ____________

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: 3 days

Financial Status:

Fee Paid? ☐ Yes, receipt # ☐ No, motion for IFP pending? ☐ Yes ☐ No
☐ Pro Se ☐ Prisoner

USA filed appeal? ☒ Yes ☐ No

Are there any other pending post-judgement motions? ☐ Yes ☒ No

Is there any keen local interest in this case? ☐ Yes ☐ No

Was a court reporter utilized? ☐ Yes ☐ No

If yes, please identify the court reporter:

Name: Robert Riley
Address: 316 North Robert Street, Room 646
St. Paul MN 55101
Phone: 651-848-1220

☐ Forms A & B were not enclosed; mailed to counsel.

☐ Forms A & B were given to counsel at the counter.

☒ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

G. Schneider

Gloria Schneider, Deputy Clerk